

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

NATHANIEL BEASLEY

v.

WALGREEN CO.

07CV6940
JUDGE HART
MAG. JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATHANIEL BEASLEY

| | |
|---|---|
| NAME (Type or print) Darren A. Bodner | DEC 10 2007 |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Darren Bodner | FILED DEC 10 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM Lisa Kane & Associates, P.C. | |
| STREET ADDRESS 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06289083 | TELEPHONE NUMBER 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |