# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NATHANIEL BEASLEY, Plaintiff,

V.

WALGREEN CO., Defendant.

CASE NUMBER: **07CV6940**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAG. JUDGE: **MAG. JUDGE VALDEZ**

TO: (Name and address of Defendant)

WALGREEN CO.
c/o ALLAN M RESNICK, Registered Agent
200 Wilmot Road
Deerfield, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 0 2007
DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                    *Signature of Server*

_____
*Address of Server*

JAN 1 1 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nathaniel Beasley | |
| vs. Walgreen Co | Case Number   07 CV 6940 |

### AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 07 day of January, 2008, at 11:30 AM at 200 Wilmont Road, Deerfield, IL 60015, did serve the following document(s):

**Summons and Complaint**

Upon:   **Walgreen Co. c/o Allan M. Resnick, Registered Agent**

By:   ☑ Personally serving to:   Terri Rottman - Reception

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 200 Wilmont Road, Deerfield, IL 60015 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **48** |
|---|---|---|---|---|---|---|
| | Height | **5'4"** | Weight | **120** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_Ryan Flaska_ (signature)
Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

JAN 1 1 2008