IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL BEASLEY, | ) | |
| | ) | Case No. 07 CV 06940 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. James B. Zagel |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Walgreen Co. ("Walgreens" or "Defendant"), by its attorneys, Morgan, Lewis & Bockius LLP, respectfully moves this Court for an extension of time, until and including February 18, 2008, to answer or otherwise respond to Plaintiff Nathaniel Beasley's Complaint. In support of this motion, Defendant states as follows:

1. On or about December 10, 2007, Plaintiff filed a four-count, 45-paragraph complaint against Walgreens alleging claims of racial discrimination and retaliation under 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

2. Plaintiff's Complaint was served on Walgreens on January 7, 2008. Defendant's Answer or other response to Plaintiff's Complaint is therefore due on or before January 28, 2008. *See* Fed. R. Civ. P. 6(a).

3. Walgreens has only recently engaged the undersigned law firm to represent its interests in this action. Walgreens' attorneys are just beginning the process of investigating the allegations contained in Plaintiff's Complaint. Walgreens' attorneys will need additional time in

order to gather the facts and investigate the legal issues in this case, determine the appropriate response(s), and prepare such response(s) to the Complaint.

4. This motion for extension of time is made in the interest of judicial and fiscal economy, and Plaintiff will not be prejudiced by permitting Defendant additional time to respond to Plaintiff's Complaint.

5. Plaintiff's counsel has been made aware of this request for an extension and has no objection to the instant motion.

6. Therefore, Walgreens requests an extension of three weeks from the current deadline to and including February 18, 2008 to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendant Walgreen Co. respectfully requests an order extending the deadline to file its answer or responsive pleading to Plaintiff's complaint up to and including February 18, 2008.

Dated: January 17, 2008

Respectfully submitted,

WALGREEN CO.

By: /s Gregory P. Abrams
    One of Its Attorneys

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

## CERTIFICATE OF SERVICE

I, Gregory P. Abrams, an attorney, hereby certify that I served a copy of the foregoing **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** by filing it electronically through the Court's CM/ECF system, which directed a copy to:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, IL  60603
Ph. (312) 606-0393

on this 17th day of January, 2008.

s/ Gregory P. Abrams_____