IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL BEASLEY** | ) | |
| | ) | **Case No. 07 CV 06940** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Hon. James B. Zagel |
| | ) | |
| **WALGREEN CO.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:   Lisa R. Kane
  Darren A. Bodner
  Janice A. Wegner
  Michael S. Young
  Lisa Kane & Associates, P.C.
  120 South LaSalle Street
  Suite 1420
  Chicago, IL  60603
  Ph. (312) 606-0393

  PLEASE TAKE NOTICE that on January 22, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Zagel or any Judge sitting in his place in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint**.

Dated: January 17, 2008          Respectfully submitted,

                 WALGREEN CO.

                 By: /s Gregory P. Abrams
                   One of Its Attorneys

1-CH/206556.1

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001