IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL BEASLEY | ) | |
| | ) | Case No. 07 CV 06940 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. James B. Zagel |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 AND RULE 3.2 DISCLOSURE STATEMENT

Defendant Walgreen Co. ("Walgreens"), by and through its attorneys, Morgan, Lewis & Bockius LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, respectfully submits the following disclosure statement:

Walgreens has no parent corporation, and no publicly held corporation owns 10% or more of Walgreens' stock. The entity Capital Research Management Company is the "beneficial" owner of more than 5% of Walgreens' stock. Capital Research Management Company is a beneficial owner as a result of acting as an investment advisor to various other companies.

Dated: January 17, 2008                 Respectfully submitted,

                                        WALGREEN CO.

                                        By: /s Gregory P. Abrams
                                            One of Its Attorneys

1-CH/206500.1

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

## **CERTIFICATE OF SERVICE**

  I, Gregory P. Abrams, an attorney, hereby certify that I served a copy of the foregoing **Defendant's Rule 7.1 and Rule 3.2 Disclosure Statement** by filing it electronically through the Court's CM/ECF system, which directed a copy to:

 Lisa R. Kane
 Darren A. Bodner
 Janice A. Wegner
 Michael S. Young
 Lisa Kane & Associates, P.C.
 120 South LaSalle Street
 Suite 1420
 Chicago, IL  60603
 Ph. (312) 606-0393

on this 17th day of January, 2008.

                 s/ Gregory P. Abrams_____