IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL BEASLEY** | ) | |
| | ) | **Case No. 07 CV 06940** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Hon. James B. Zagel |
| | ) | |
| **WALGREEN CO.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:   Lisa R. Kane
      Darren A. Bodner
      Janice A. Wegner
      Michael S. Young
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street
      Suite 1420
      Chicago, IL  60603
      Ph. (312) 606-0393

   PLEASE TAKE NOTICE that on February 19, 2008, Defendant filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Answer and Additional Defenses to Plaintiff's Complaint, a copy of which is hereby served upon you.

Dated: February 19, 2008                    Respectfully submitted,

                                            WALGREEN CO.

                                            By: /s Gregory P. Abrams
                                                One of Its Attorneys

Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

1-CH/208291.1