**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nathaniel Beasley
        Plaintiff,

v.                Case No.: 1:07−cv−06940
                Honorable James B. Zagel

Walgreen Co.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

  MINUTE entry before the Honorable James B. Zagel:Status hearing held on 5/16/2008 On the court's own motion, case is dismissed without prejudice and without costs pursuant to settlement. Case shall be deemed dismissed with prejudice and without costs if not reinstated by 7/11/2008. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.