IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NATHANIEL BEASLEY,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**WALGREEN CO.,**<br><br>      **Defendant.** | No. 07 C 6940<br><br>Hon. James B. Zagel<br>   Judge Presiding<br>Magistrate Judge Valdez |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY stipulated by and between the Plaintiff, NATHANIEL BEASLEY, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, WALGREEN CO., by its attorney, GREGORY P. ABRAMS of MORGAN, LEWIS & BOCKIUS, LLP that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: June 2, 2008

| NATHANIEL BEASLEY, | WALGREEN CO., |
|---|---|
| By /s/ Lisa Kane | By /s/ Gregory P. Abrams (by consent) |
| LISA KANE | GREGORY P. ABRAMS |
| LISA KANE & ASSOCIATES, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 77 West Wacker Drive |
| Suite 1420 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 324-1000 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |