IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NATHANIEL BEASLEY,** | |
| **Plaintiff,** | No. 07 C 6940 |
| v. | Hon. James B. Zagel<br>Judge Presiding<br>Magistrate Judge Valdez |
| **WALGREEN CO.,** | |
| **Defendant.** | |

## NOTICE OF FILING

TO:    Gregory P. Abrams, Esquire
        Morgan, Lewis & Bockius LLP
        77 West Wacker Drive
        Chicago, Illinois 60601

Please take notice that the 2nd day of June, 2008, the Joint Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                              /s/ Lisa Kane
                                                 Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 2nd day of June, 2008, before the hour of 5:00 P.M.

                                              /s/ Lisa Kane